J. Edward Brooks, SBN: 247767
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:    (916) 504-0529
Facsimile:    (916) 473-5870
Email:        ebrooks@gavrilovlaw.com

Attorney for Plaintiff
PHILIPP K. SAUD

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPP K. SAUD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES,<br><br>　　　　　　Defendant. | No. 2:14-cv-02536-GEB-AC<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

　　　　Plaintiff PHILIPP K. SAUD ("Plaintiff") and Defendant STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES ("Defendant") submit the following Stipulation and request that the Court grant Plaintiff leave to file a Second Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

　　　　1.　　Plaintiff filed his Complaint on October 29, 2014 in the United States District Court, Eastern District of California;

　　　　2.　　On November 20, 2014 Defendant filed Defendant's Motion to Dismiss Complaint; For More Definite Statement (FRCP 12b6, 12e);

　　　　3.　　On December 8, 2014 Plaintiff filed his Opposition to Defendant's Motion to Dismiss Or For More Definite Statement. In Plaintiff's Opposition he decided not to pursue his claims under Count 16 of the Complaint and stated that he had no opposition to the dismissal of Count 16.

1.

4.   On July 15, 2015 the Court filed its Order Granting Defendant's Motion To Dismiss, granting Plaintiff ten days leave from the date on which the Order was filed to file an amended complaint addressing the stated deficiencies in any dismissed claim.

5.   On July 27, 2015 Plaintiff filed his First Amended Complaint addressing portions of certain counts dismissed by the Court[1]. However, Plaintiff inadvertently left Count 16 in the First Amended Complaint.

6.   Counsel for Defendant contacted Plaintiff's counsel and pointed out that Count 16 remained in the First Amended Complaint. Plaintiff's counsel agreed to file a Second Amended Complaint to cure the deficiency so that Defendant would not have to file a motion to dismiss Count 16.

NOW, THEREFORE, the parties hereby stipulate and request that the Court grant Plaintiff leave to file a Second Amended Complaint in this action, a true and correct copy of which is attached hereto as Exhibit A.

IT IS SO STIPULATED.

                         GAVRILOV & BROOKS

Dated: July 28, 2015           /S/ J. Edward Brooks
                                      J. Edward Brooks
                                      Attorney for Plaintiff
                                      Philipp K. Saud

                                      KAMALA D. HARRIS
                                      ATTORNEY GENERAL OF CALIFORNIA

Dated: July 28, 2015           /S/ Kristin M. Daily
                                        Kristin M. Daily
                                      Attorney for Defendant
                                      State of California Department of Health
                                      Care Services

---

[1] The 10th day to file an amended complaint fell on a Saturday thus making July 27, 2015 the last day to file pursuant to Rule 6 of the Federal Rules of Civil Procedure.

2.

**ORDER**

IT IS HEREBY ORDERED that Plaintiff is granted five days leave from the date on which this order is filed to file the Second Amended Complaint attached to the Stipulation as Exhibit A.

Dated: July 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3.