Kamala D. Harris, State Bar No. 146672
Attorney General of California
Susan E. Slager, State Bar No. 162942
Supervising Deputy Attorney General
Lykisha D. Beasley, State Bar No. 282907
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-3646
 Fax:  (916) 324-5567
 E-mail:  Lykisha.Beasley@doj.ca.gov
*Attorneys for Defendant
Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP K. SAUD,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>                                    Defendant. | 2:14-cv-02536-MCE-AC<br><br>**JOINT STIPULATION TO STAY LITIGATION; ORDER THEREON**<br><br>MSC Date:     August 16, 2016<br>Trial Date:    TBD<br><br>Action Filed: October 30, 2014<br>Judge:         The Honorable Morrison C. England, Jr.<br>Magistrate:   The Honorable Kendall J. Newman |

**TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT COURT JUDGE**:

On August 16, 2016, Plaintiff Phillip K. Saud ("Plaintiff") and his counsel and Defendant Department of Health Care Services ("Defendant") and its counsel (collectively referred to as "the Parties") participated in a mandatory settlement conference facilitated by U.S. District Court Magistrate Judge Kendall J. Newman.

///

1

Following a fruitful settlement conference and having reached an interim resolution to the disputes before the Court, the Parties jointly seek a stay of litigation for one (1) year pursuant to the terms of the concurrently lodged Settlement Agreement.[1]

WHEREAS, the Parties agree that the requested stay of litigation is for good cause and is in the interest of justice;

**IT IS HEREBY STIPULATED**:

Plaintiff and Defendant, by and through their respective attorneys of record, have agreed to stay litigation for one (1) year in order to engage in activities in furtherance of the resolution of the disputes which are the subject of Plaintiff's instant lawsuit.

Dated: August 22, 2016         Gavrilov & Brooks

By   /s/ *J. Edward Brooks*
J. Edward Brooks, Esq.
Attorneys for Plaintiff
Phillip K. Saud

Dated: August 22, 2016         Office of the Attorney General

By   /s/ *Lykisha D. Beasley*
Lykisha D. Beasley, Deputy Attorney General
Attorneys for Defendant
Department of Health Care Services

///
///
///
///
///
///
///
///

---

[1] The Parties submit this Joint Stipulation to Stay Litigation and Proposed Order pursuant to the Court's August 18, 2016 Minute Order reflecting the Settlement Agreement reached by Plaintiff and Defendant. [ECF No. 33]

**ORDER**

The Court having reviewed the foregoing Joint Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the litigation of the instant lawsuit be stayed for one (1) year pursuant to the terms of the Settlement Agreement reached by the Parties at the August 16, 2016 Mandatory Settlement Conference.

**IT IS SO ORDERED**.

Dated:  September 21, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SA2014119011
Joint Stipulation to Stay Litigation; [Proposed] Order.doc