J. Edward Brooks, SBN: 247767
Eliezer M. Cohen, SBN: 302248
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 473-5870
Email: ebrooks@gavrilovlaw.com

Attorney for Plaintiff
PHILIPP K. SAUD

Xavier Becerra, State Bar No. 118517
Attorney General of California
David J. Neill, State Bar No. 186997
Supervising Deputy Attorney General
Kristin M. Daily, State Bar No. 186103
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7903
Fax: (916) 324-5567

Attorneys for Defendant
DEPARTMENT OF HEALTH CARE SERVICES

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIPP K. SAUD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES,<br><br>　　　　　Defendant. | No. 2:14-cv-02536-MCE-AC<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON**<br><br>Complaint Filed: October 30, 2014<br>Trial Date: TBD |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff PHILIPP SAUD and Defendant STATE OF CALIFORNIA, DEPARTMENT OF

1.

STIPULATION FOR DISMISSAL

HEALTH CARE SERVICES by and through their respective attorneys, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees to any party. The Court retains jurisdiction to enforce the settlement pursuant to the terms and conditions stated on the record by Magistrate Judge Kendall J. Newman on October 3, 2017.

IT IS SO STIPULATED

Dated: November 13, 2017        GAVRILOV & BROOKS

/s/ J. Edward Brooks_____
J. Edward Brooks
Attorneys for Plaintiff
PHILIPP SAUD

Dated: November 13, 2017        Xavier Becerra
Attorney General of California
David J. Neill
Supervising Deputy Attorney General

/s/ Kristin Daily (auth. as of 11/13/17)
Kristin Daily
Attorneys for Defendant
DEPARTMENT OF HEALTHCARE SERVICES

**ORDER**

Based on the foregoing stipulation and otherwise finding of good cause therefor,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees to any party. The Court retains jurisdiction to enforce the settlement pursuant to the terms and conditions stated on the record by Magistrate Judge Kendall J. Newman on October 3, 2017. This matter now having been concluded, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.
Dated: November 27, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE